IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN BOHRA                                                                                           PLAINTIFF

v.                                        No. 4:10CV01463 JLH

AUTOMOTIVE WARRANTY SOLUTIONS, *et al.*                                           DEFENDANTS

## ORDER

The above referenced matter was removed from Pulaski County Circuit Court on October 12, 2010, pursuant to 28 U.S.C. § 1441. The Clerk of Court for this district notified counsel for plaintiff, Mr. Jeremy Reade Wilson, that he was not enrolled to practice in the Eastern District of Arkansas by letter dated October 15, 2010, a copy of which is attached hereto. The letter informed counsel of the requirements to practice in this district and requested his compliance within 30 days of the letter.

To date Mr. Wilson has neither submitted an application to become enrolled in the Eastern District of Arkansas, or filed a motion to appear pro hac vice in this matter.

IT IS THEREFORE ORDERED that counsel for plaintiff, Jeremy Reade Wilson, must notify the Court in writing no later than January 15, 2011, if he intends to continue as counsel of record for plaintiff in this matter. If counsel wishes to proceed as attorney of record for plaintiff, he must file a motion to appear pro hac vice, or submit an application and enrollment fee to the Clerk of Court.

IT IS SO ORDERED this 3rd day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE